UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_______________________________________X

RICHARD BOURT, JR.,

CIVIL ACTION

Plaintiff

NO. 3:02CV00191 (AVC)

VS.

METRO-NORTH RAILROAD COMPANY,

Defendant

_______________________________________X

_______________________________________X

SAMUEL J. COMPO,

CIVIL ACTION

Plaintiff

NO: 3:02CV1675(PCD)

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_______________________________________X

_______________________________________X

ROBERT L. FUDA,

CIVIL ACTION

Plaintiff

NO. 3:02CV01678 (RNC)

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_______________________________________X

**FELA HEARING LOSS CASES - MAY BE FILED IN NEW HAVEN AS ORDERED BY MAGISTRATE JUDGE MARGOLIS.**


_______________________________________X

JOHN P. GEARY,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_______________________________________X

CIVIL ACTION

NO. 3:02CV01679 (WWE)

_______________________________________X

ROBERT HICKEY,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

Defendant

_______________________________________X

CIVIL ACTION

NO. 3:02CV01674 (CFD)

_______________________________________X

THOMAS KINIRY,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_______________________________________X

CIVIL ACTION

NO. 3:02CV01680 (JBA)

_________________________________________X

RICHARD K. LASKEVITCH

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_________________________________________X

CIVIL ACTION

NO. 3:02CV01676 (GLG)

_________________________________________X

JOHN RAGGI,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_________________________________________X

CIVIL ACTION

NO. 3:02CV01681 (GLG)

_________________________________________X

EDWARD P. RUSSO,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_________________________________________X

CIVIL ACTION

NO. 3:02CV01682 (JCH)

________________________________________X

| | |
|---|---|
| JAMES SCOFIELD,<br>Plaintiff<br>VS.<br>METRO-NORTH RAILROAD COMPANY, ET AL.,<br>Defendants | CIVIL ACTION<br>NO. 3:02CV1683 (JCH) |

________________________________________X

________________________________________X

| | |
|---|---|
| MICHAEL SELMONT,<br>Plaintiff<br>VS.<br>METRO-NORTH RAILROAD COMPANY, ET AL.,<br>Defendants | CIVIL ACTION<br>NO. 3:02CV1677 (GLG) |

________________________________________X

________________________________________X

| | |
|---|---|
| MILLARD J. SULLIVAN,<br>Plaintiff<br>VS.<br>METRO-NORTH RAILROAD COMPANY, ET AL.,<br>Defendants | CIVIL ACTION<br>NO. 3:02CV01684 (JCH) |

________________________________________X

________________________________________X

FRANCIS BAKUTIS,

Plaintiff

CIVIL ACTION

NO. 3:02CV01877 (MRK)

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

________________________________________X

________________________________________X

ROBERT C. BLACK,

Plaintiff

CIVIL ACTION

NO. 3:02CV01873 (AVC)

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

________________________________________X

________________________________________X

JAMES CAFFREY,

Plaintiff

CIVIL ACTION

NO. 3:02CV01884 (CFD)

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

________________________________________X

______________________________________________X

CHARLES KANE,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

______________________________________________X

CIVIL ACTION

NO. 3:02CV01878 (CFD)

______________________________________________X

KARL KAUTZ,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

______________________________________________X

CIVIL ACTION

NO. 3:02CV01874 (JBA)

____________________________________________X

FREDERICK N. KOVAL,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

____________________________________________X

CIVIL ACTION

NO. 3:02CV01879 (GLG)

________________________________________X

SIGISMONDO LoVERME,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

________________________________________X

CIVIL ACTION

NO. 3:02CV01880 (PCD)

________________________________________X

HENRY MACKEY,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

________________________________________X

CIVIL ACTION

NO. 3:02CV01881 (AWT)

________________________________________X

LOUIS MURRAY,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

________________________________________X

CIVIL ACTION

NO. 3:02CV01882 (JBA)

______________________________________X

| | |
|---|---|
| ALFRED C. SCHUMACHER,<br><br>Plaintiff<br><br>VS.<br><br>METRO-NORTH RAILROAD COMPANY, ET AL.,<br><br>Defendants | CIVIL ACTION<br><br>NO. 3:02CV01875 (AHN) |

______________________________________X

______________________________________X

| | |
|---|---|
| TIMOTHY STRAND,<br><br>Plaintiff<br><br>VS.<br><br>METRO-NORTH RAILROAD COMPANY, ET AL.,<br><br>Defendants | CIVIL ACTION<br><br>NO. 3:02CV01883 (AWT) |

______________________________________X

______________________________________X

| | |
|---|---|
| TIMOTHY SWEENEY,<br><br>Plaintiff<br><br>VS.<br><br>METRO-NORTH RAILROAD COMPANY, ET AL.,<br><br>Defendants | CIVIL ACTION<br><br>NO. 3:02CV01872 (RNC) |

______________________________________X

______________________________________X

BILLY JOE WILSON,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

______________________________________X

CIVIL ACATION

NO. 3:02CV01876 (DJS)

________________________________________X

NICKOLAS R. ATLAS,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

Defendant

______________________________________X

CIVIL ACTION

NO. 3:02CV02029 (DJS)

________________________________________X

MICHAEL BETTINI,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

________________________________________X

CIVIL ACTION

NO. 3:02CV02030 (RNC)

________________________________________X

PAUL F. CIUZIO,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

________________________________________X

CIVIL ACTION

NO. 3:02CV02032 (JBA)

________________________________________X

RICHARD FANNING,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

________________________________________X

CIVIL ACTION

NO. 3:02CV02034 (SRU)

________________________________________X

THOMAS FARLEY,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

________________________________________X

CIVIL ACTION

NO. 302CV02035 (WWE)

_______________________________________X

CALOGERO FARRUGGIO,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_______________________________________X

CIVIL ACTION

NO. 3:02CV02036 (CFD)

_______________________________________X

CLYDE GIBBS,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_______________________________________X

CIVIL ACTION

NO. 3:02CV02037 (WWE)

_______________________________________X

THOMAS INFANTINO,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_______________________________________X

CIVIL ACTION

NO. 3:02CV02038 (GLG)

_______________________________________X

ANTONIO P. SARTORI, JR., | CIVIL ACTION

Plaintiff | NO. 3:02CV02039 (PCD)

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_______________________________________X

_______________________________________X

LAWRENCE TRAMAGLINI, | CIVIL ACTION

Plaintiff | NO. 302CV02040 (SRU)

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_______________________________________X

_______________________________________X

JOSEPH WALZ, | CIVIL ACTION

Plaintiff | NO. 3:02CV02041 (DJS)

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_______________________________________X

_____________________________________X

MAURICE BARRETT,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_____________________________________X

CIVIL ACTION

NO. 3:03CV00180 (DJS)

_____________________________________X

DAVID BETRIX,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_____________________________________X

CIVIL ACTION

NO. 3:03CV00181 (WWE)

_____________________________________X

THOMAS BYRNE, SR.,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

_____________________________________X

CIVIL ACTION

NO. 3:03CV00182 (CFD)

________________________________________X

| | |
|---|---|
| FRANK DiLORENZO,<br>Plaintiff<br>VS.<br>METRO-NORTH RAILROAD COMPANY, ET AL.,<br>Defendants | CIVIL ACTION<br>NO. 3:03CV00183 (AWT) |

________________________________________X

________________________________________X

| | |
|---|---|
| DENNIS INCONSTANTI,<br>Plaintiff<br>VS.<br>METRO-NORTH RAILROAD COMPANY, ET AL.,<br>Defendants | CIVIL ACTION<br>NO. 3:03CV00184 (MRK) |

________________________________________X

________________________________________X

| | |
|---|---|
| JOHN F. JOHNSON, JR.,<br>Plaintiff<br>VS.<br>METRO-NORTH RAILROAD COMPANY, ET AL.,<br>Defendants | CIVIL ACTION<br>NO. 3:03CV00185 (GLG) |

________________________________________X

______________________________________________X

JOHN MELILLO,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY,

Defendant

______________________________________________X

CIVIL ACTION

NO. 3:03CV00186 (RNC)

______________________________________________X

JERRY D. PATTERSON, SR.,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

______________________________________________X

CIVIL ACTION

NO. 3:03CV00187 (GLG)

______________________________________________X

PEDRO RODRIGUEZ,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

______________________________________________X

CIVIL ACTION

NO. 3:03CV00188 (JBA)

______________________________________X

RICHARD STARR,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

______________________________________X

CIVIL ACTION

NO. 3:03CV00189 (RNC)

______________________________________X

ROBERT WEST,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

______________________________________X

CIVIL ACTION

NO. 3:03CV00190 (AWT)

______________________________________X

ROBERT F. WRIGHT,

Plaintiff

VS.

METRO-NORTH RAILROAD COMPANY, ET AL.,

Defendants

______________________________________X

CIVIL ACTION

NO. 3:03CV00191 (RNC)

NOVEMBER 14, 2003

**PLAINTIFFS' MOTION TO COMPEL METRO-NORTH**

Pursuant to Fed. R. Civ. P. 37 and D. Conn. L. R. Civ. P. 37, the plaintiffs in the above-captioned hearing loss cases hereby move to compel Metro-North ("MN") to produce documents responsive to requests for production ("RFP") (1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13,

14, 17, 18 ,19, 20, 21, 22, 24, 25, 26 and 27) and to respond to interrogatories (1, 2, 3, 4, 5, 6, 7, 8 and 9). A memorandum of a law and an affidavit are being filed herewith.

FOR THE PLAINTIFFS,

By________________________________

Scott E. Perry (ct17236)
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 14th day of November, 2003, to Anthony D. Sutton, Esq., Ryan, Ryan, Johnson & Deluca, LLP, 80 Fourth Street, P.O. Box 3057, Stamford, Connecticut 06905 and to Lori A. McCarthy, Esq., Flynn & Associates, P.C., 189 State Street, 6th Floor, Boston, Massachusetts 02109.

________________________________

Scott E. Perry