CAHILL & GOETSCH, P.C.
ATTORNEYS AT LAW

SCOTT E. PERRY

43 TRUMBULL STREET
NEW HAVEN, CONNECTICUT 06511

(203) 777-1000
FAX: (203) 865-5904

September 5, 2003

***Via Fax and Overnight Mail***

COPY

Anthony D. Sutton, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
P.O. Box 3057
Stamford, Connecticut 06905

Lori A. McCarthy, Esq.
Flynn & Associates, P.C.
189 State Street, 6th Floor
Boston, Massachusetts 02109

RE: *Supplemental Disclosure Re: Frank Bakutis vs. Metro-North, et al.*

Dear Counsel:

Enclosed please find plaintiff's supplemental 26(a) disclosure for the above-entitled-matter.

Sincerely,

Scott E. Perry

SEP:md
Enclosures

CB 4005 8/16/03

1) Oil leaking on Deck from Transmission and Engine

2) Train brakes do not release all The time

3) Excessively noisey inside operators Cab, Cannot hear Company radio.

4) Need Grease Gun.

5) Needs insulation inside operators Cab.

6) Travel bands do not release when Traveling in 4th Gear.

7) Needs 24 Volt Flood light bulbs and brake light bulbs.

8) Propellor shaft indicator light not working.

ATT:
MARK ELLIS

F.E. Bakutes
712478



*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

TX/RX NO 0868
CONNECTION TEL 8579
CONNECTION ID NWP SHOP
ST. TIME 08/16 12:53
USAGE T 00'27
PGS. 1
RESULT OK

10/25/00

CB 4005

(Amendment To FAX. of 10/23/00 # 4170)

8) Fuel gage NOT working properly.

9) Travel bands noT releasing in 4th gear.

10) Air dryers noT working

11) No BelT guards on FronT of Engine

12) NO Boom STOPS.

F. E. Bakutis
712478

ATT:
Paul Signorelli



09/05/2003 FRI 11:40 FAX
10/25/00 WED 07:56 FAX 203 786 8223 NH PROJECTS 001

*** TX REPORT ***

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4186 |
| CONNECTION TEL | 8579 |
| CONNECTION ID | NWP SHOP |
| ST. TIME | 10/25 07:56 |
| USAGE T | 00'11 |
| PGS. | 1 |
| RESULT | OK |

**METRO NORTH RAILROAD**

Parkway Homes Road
North White Plains, N.Y.
10601

To: Paul Cignarale

From: F. E. BAKUTIS

Fax: 914 686 8579 / 914 271 1935

Date: 2/12/01

Phone: 914 686 8468 / 914 271 1934

Pages:

Re: EQUIPMENT DEFECTS

CC:

CB 4005

# Equipment Defects

| | Problems/Defects |
|---|---|
| 1 | EXTremely Noisey especially when Traveling. very unsafe, Cannot hear Radio |
| 2 | Oil Leaking on deck from Front Engine Seal and Transmission gear box. |
| 3 | Oil Leaking from Transfer Case. |
| 4 | Fuel Gage not working Properly |
| 5 | No belt Guards on Front of Engine |
| 6 | No Boom stops. |
| 7 | Boom has Bends in numerous places. |
| 8 | |
| 9 | |



02/12/01 MON 07:44 FAX 203 786 8223 NH PROJECTS 001

*** TX REPORT ***

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4457 |
| CONNECTION TEL | 8579 |
| CONNECTION ID | NWP SHOP |
| ST. TIME | 02/12 07:43 |
| USAGE T | 00'32 |
| PGS. | 1 |
| RESULT | OK |

Printed in USA

Metro-North Commuter Railroad

# Crane inspection

| Crane no. | Location | Sub-Division | System Gang | Date Inspected | Monthly / Annual |
|---|---|---|---|---|---|
| CB 4005 | New Haven. | | | 3/12/01 | Hour 5149 |

Last inspection date 10/17/00 Present general condition: ☑ Good ☐ Fair ☐ O/S

| OK YES | NO | Item | Remarks |
|---|---|---|---|
| | ✓ | Boom | 4 bent lattice |
| | N/A | Boom Stops | |
| ✓ | | Boom Angle Indicator | |
| ✓ | | Boom Rivets & Bolts | |
| ✓ | | Boom Heel Pins | |
| ✓ | | Sheaves | |
| ✓ | | Sheave Pins | |
| ✓ | | Cable Drums | |
| ✓ | | Cable-Boom-Holding Line | |
| | | Closing, Pendants | |
| ✓ | | Cable Clamps | |
| ✓ | | Hoisting Block/Hooks | |
| | N/A | Winch | |
| | N/A | Winch Cable | |
| | N/A | Lifting Chains | |
| ✓ | | Tongs-Rail-Frog | |
| ✓ | | Brakes | |
| ✓ | | Brakes-Air-Lines-Reservoir | |
| | N/A | Brakes-Hydraulic | |
| ✓ | | Brakes-Emergency | |
| ✓ | N/A | Brakes-2 Wheel | |
| ✓ | | Brakes-4 Wheel | |
| ✓ | | Brakes-Shoes | |
| ✓ | | Trucks-Journal Bearings | |
| ✓ | | Wheels-Flange Wear-Treadwear | |
| ✓ | | Axles | |
| ✓ | | Tram-Axle & Wheel | |
| | N/A | Springs | |
| | N/A | Tires | |
| ✓ | | Steering | |
| | | U-Joints, Drive Gears | |
| | N/A | Drive Chains | |
| | N/A | Sprockets | |
| ✓ | | Drive Shafts | |
| ✓ | | Gear Boxes, Swing, Travel | |
| X | | Transmission | gasket Leaks. |
| ✓ | | Bearings | |
| ✓ | | Hook Roller | |
| | N/A | Outriggers | |

| OK YES | NO | Item | Remarks |
|---|---|---|---|
| ✓ | | Steps and Railing | |
| ✓ | | Draw Bars-Couplers | |
| ✓ | | Swing Stops/Locking Pins | |
| ✓ | | Operating Controls | |
| ✓ | | Windows | |
| ✓ | | Windshield Wipers | |
| ✓ | | Warning Devices | |
| ✓ | | Lights | |
| X | | Guards | engine Belt Guards. |
| | X | Engine | Rear main seal. |
| ✓ | | Clutch-PTO | |
| ✓ | | Gauges-Temperature-Oil-Ampere | |
| ✓ | | Hydraulic System-Valves, Pump, Motor | |
| ✓ | | Main Control Generator | |
| | | Magnet Generator | |
| | N/A | Magnet | |
| ✓ | | Tagline-Cable-Electrical | |
| ✓ | | Battery | |
| ✓ | | Air Compressor | |
| ✓ | | Safety Appliances | |
| ✓ | | Fire Extinguishers | |
| ✓ | | General Condition-Paint, etc. | |
| ✓ | | Lifting Capacity Chart | |
| ✓ | | Parts Book and Operating Manual | |
| ✓ | | Lubrication | |

When was Cable Replaced:

Boom ________

Holding ________

Closing ________

| OK YES | NO | Item |
|---|---|---|
| ✓ | | Strands of Cable Broken |
| ✓ | | Ground Cables and Ground Clamps |
| ✓ | | Electrical Wire Warning Sign |

Remarks: Noisy in gear.

Operator's Signature [signature] 712478

(Date) (Employee No.)

I certify to the correctness of this report

E. Vargas. [signature] 3/12/01

(Signed) (Date Posted)

Employee Number 112443.

Machinist.

(Title)

3/20/01

CB 4005

1) extremely Noisey when Traveling, Cannot Hear Company Radio. Very unsafe
2) Oil leaking onto deck from Front Engine Cover.
3) No Belt guards on Front of Engine
4) No Boom stops.
5) Boom has bends in numerous Locations
6) Fuel gage not working properly.
7) Steps on chasiss To narrow, and one is missing.

F. E. Bakutto
712478

ATT:
Paul Signorelli



09/05/2003 FRI 11:41 FAX
03/26/01 MON 08:02 FAX 203 786 8223 NH PROJECTS 001

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4567 |
| CONNECTION TEL | 8579 |
| CONNECTION ID | NWP SHOP |
| ST. TIME | 03/26 08:01 |
| USAGE T | 00'11 |
| PGS. | 1 |
| RESULT | OK |

CB 4005 5/7/01

1) Extremely Noisey inside CaB, especially when in work mode or Traveling. Cannot Hear Company Radio.

2) Gear oil Leaking from Chain Case.

3) Travel bands slipping in one direction.

4) Check valve on Air Tank Leaking.

5) one Brake Light not working, needs bulb.

6) oil on deck of crane, very slippery

7) oil Leaking from Front of Engine.

8) No belt guards on front of Engine.

9) No Boom STOPS.

10) Fuel gage not working

11) oil Leaking from Transmission shifter

ATT:
PAUL SIGNORELLI

F.E. BAKUTIS
F.E. Bakutis
712478



*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4691 |
| CONNECTION TEL | 8579 |
| CONNECTION ID | NWP SHOP |
| ST. TIME | 05/17 06:49 |
| USAGE T | 00'13 |
| PGS. | 1 |
| RESULT | OK |



09/05/2003 FRI 11:41 FAX

05/17/01 THU 06:52 FAX 203 786 8223 NH PROJECTS 001

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4692 |
| CONNECTION TEL | 8579 |
| CONNECTION ID | NWP SHOP |
| ST. TIME | 05/17 06:51 |
| USAGE T | 00'14 |
| PGS. | 1 |
| RESULT | OK |

# METRO NORTH RAILROAD

# FAX

Date 7 / 24 / 01

Number of Pages

TO:
PAUL R. CIGNARALE
SUPERVISOR, WORK EQUIPMENT
PHONE 914/271/1934
FAX 914/271/1935

FROM:
F. E. Bakutis
Special projects, New Haven

## EQUIPMENT DEFECTS

| EQUIPMENT # | PROBLEMS / DEFECTS |
|---|---|
| 1 CB4005 | 1) Boom Clutch Slipping |
| | 2) Magnet Clutch not engaging properly |
| | 3) Oil leaking from front of Engine |
| 2 | 4) Extremely noisy in operators Cab. |
| | 5) Buffer block on Coupler Broken |
| | 6) Oil on deck and steps. |
| 3 | 7) oil leaking from Transmission shifter |
| | 8) fuel gauge not working |
| | |
| 4 | |
| | |
| | |
| 5 | |
| | |
| | |
| 6 | |
| | |
| | |
| 7 | |
| | |
| | |
| 8 | |
| | |
| | |
| 9 | |

07/24/01 TUE 06:19 FAX 203 786 8223 NH PROJECTS ☑001

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

TX/RX NO 4859
CONNECTION TEL 8579
CONNECTION ID NWP SHOP
ST. TIME 07/24 06:18
USAGE T 00'35
PGS. 1
RESULT OK

# METRO NORTH RAILROAD

# FAX

Date 3 / 15 / 02

Number of Pages

TO: MARK ELLIS

SUPERVISOR, WORK EQUIPMENT

PHONE 914/271/1934

FAX 914/271/1935

FROM: F. E. BAKUTIS

N.H. Special Projects

## EQUIPMENT DEFECTS

| EQUIPMENT # | PROBLEMS / DEFECTS |
|---|---|
| 1 CB4005 | Extremely Noisey, Cannot hear radio when Traveling. Need sound Insulation |
| 2 CB4005 | Needs 2 24V Flood Lights |
| 3 CB 400.5 | Crane Air brakes Frequently will not release |
| 4 CB 4005 | Oil Leaking from Engine and Transmission |
| 5 CB4005 | Fuel Gauge not working |
| 6 CB4005 | Step on Chassis Bent + missing |
| 7 CB4005 | Travel Bands dragging and not Disengaging in 4th Gear. |
| 8 | |
| 9 | |



*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0436 |
| CONNECTION TEL | 8579 |
| CONNECTION ID | NWP SHOP |
| ST. TIME | 03/15 07:15 |
| USAGE T | 00'22 |
| PGS. | 1 |
| RESULT | OK |

Printed in USA

# Crane Inspection

Metro-North Commuter Railroad

| Crane no. | Location | Sub-Division | System Gang | Date Inspected | Monthly ☒ / Annual ☐ |
|---|---|---|---|---|---|
| CP 4005 | New Haven | | Spec. Proj. | 4/11/02 | Monthly ☒ |

Last inspection date 3/11/02

Present general condition: ☐ Good ☒ Fair ☐ O/S

| OK YES | OK NO | Item |
|---|---|---|
| | X | Boom |
| | X | Boom Stops |
| ✓ | | Boom Angle Indicator |
| ✓ | | Boom Rivets & Bolts |
| ✓ | | Boom Heel Pins |
| ✓ | | Sheaves |
| ✓ | | Sheave Pins |
| ✓ | | Cable Drums |
| ✓ | | Cable-Boom-Holding Line |
| | | Closing, Pendants |
| ✓ | X | Cable Clamps |
| ✓ | | Hoisting Blocks/Hooks |
| | N/A | Winch |
| | N/A | Winch Cable |
| | N/A | Lifting Chains |
| ✓ | | Tongs-Rail-Frog |
| | X | Brakes |
| ✓ | | Brakes-Air-Lines-Reservoir |
| | N/A | Brakes-Hydraulic |
| ✓ | | Brakes-Emergency |
| | N/A | Brakes-2 Wheel |
| ✓ | | Brakes-4 Wheel |
| | X | Brakes-Shoes |
| ✓ | | Trucks-Journal Bearings |
| ✓ | | Wheels-Flange Wear-Treadwear |
| ✓ | | Axles |
| ✓ | | Tram-Axle & Wheel |
| ✓ | | Springs |
| | N/A | Tires |
| | N/A | Steering |
| ✓ | | U-Joints, Drive Gears |
| ✓ | | Drive Chains |
| ✓ | | Sprockets |
| ✓ | | Drive Shafts |
| ✓ | | Gear Boxes, Swing, Travel |
| | X | Transmission |
| ✓ | | Bearings |
| | N/A | Hook Roller |
| | N/A | Outriggers |

| OK YES | OK NO | Item |
|---|---|---|
| | X | Steps and Railing |
| | X | Draw Bars-Couplers |
| ✓ | | Swing Stops/Locking Pins |
| ✓ | | Operating Controls |
| | X | Windows |
| ✓ | | Windshield Wipers |
| ✓ | | Warning Devices |
| | X | Lights |
| ✓ | | Guards |
| | X | Engine |
| ✓ | | Clutch-PTO |
| | X | Gauges-Temperature-Oil-Ampere |
| | N/A | Hydraulic System-Valves, Pump, Motor |
| | N/A | Main Control Generator |
| | X | Magnet Generator |
| ✓ | | Magnet |
| ✓ | | Tagline-Cable-Electrical |
| ✓ | | Battery |
| ✓ | | Air Compressor |
| ✓ | | Safety Appliances |
| ✓ | | Fire Extinguisher |
| ✓ | | General Condition-Paint, etc. |
| ✓ | | Lifting Capacity Chart |
| | X | Parts Book and Operating Manual |
| | X | Lubrication |

When was Cable Replaced:
Boom
Holding
Closing

| OK YES | OK NO | Item |
|---|---|---|
| ✓ | | Strands of Cable Broken |
| ✓ | | Ground Cables and Ground Clamps |
| ✓ | | Electrical Wire Warning Sign |

Remarks: 1. [illegible] 2. [illegible] 3. No boom stops 3. Load line not clamped as per ANSI B30.5 (5-1.7.3 L) 4. Brake shoes cracked 5. Need more steps + handrails 6. Crane [illegible] 7. Brakes won't release. Noisy.

Operator's Signature [signature]

(Date) 7.8.2 [illegible] 71117X (Employee No.)

I certify to the correctness of this report

[signature] (Signed) 4/11/02 (Date Posted)

Employee Number

(Title)