FELA HEARING LOSS CASE.  MAY BE FILED IN NEW HAVEN AS ORDERED BY JUDGE MARGOLIS.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____X

KARL KAUTZ,                                                    CIVIL ACTION

    Plaintiff                                                    NO. 3:02CV01874 (JBA)

VS.

METRO-NORTH RAILROAD COMPANY, and
CONSOLIDATED RAIL CORPORATION,

    Defendants                                                JANUARY 26, 2004
_____X

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that this matter may be dismissed with prejudice and without costs to any parties.

PLAINTIFF, KARL KAUTZ

By_____
  Scott E. Perry (ct17236)
  CAHILL & GOETSCH, P.C.
  43 Trumbull Street
  New Haven, Connecticut  06511
  (203) 777-1000

DEFENDANT, METRO-NORTH
RAILROAD COMPANY,

By_____
  Anthony D. Sutton, (ct20607)
  RYAN, RYAN, JOHNSON & DELUCA, LLP
  80 Fourth Street, P.O. Box 3057
  Stamford, Connecticut  06905
  (203) 357-9200

DEFENDANTS, CONSOLIDATED RAIL
 CORPORATION AMERICAN FINANCIAL
 GROUP, INC., f/k/a AMERICAN PREMIER
 UNDERWRITERS, INC., f/k/a PENN CENTRAL
 CORPORATION,

By_____
  Lori A. McCarthy (ct19557)
  FLYNN & ASSOCIATES, P.C.
  189 State Street, 6th Floor
  Boston, Massachusetts 02109
  (617) 722-8253