FELA HEARING LOSS CASE.   MAY BE FILED IN NEW HAVEN AS ORDERED BY JUDGE MARGOLIS.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

------------------------------------------------X

| | |
|---|---|
| KARL KAUTZ, | CIVIL ACTION |
| Plaintiff | NO. 3:02CV01874 (JBA) |
| VS. | |
| METRO-NORTH RAILROAD COMPANY, and CONSOLIDATED RAIL CORPORATION. | |
| Defendants | JANUARY 26, 2004 |

------------------------------------------------X

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that this matter may be dismissed with prejudice and without costs to any parties.

PLAINTIFF, KARL KAUTZ

By_____
Scott E. Perry (ct17236)
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

DEFENDANT, METRO-NORTH RAILROAD COMPANY,

By_____
Anthony D. Sutton, (ct20607)
RYAN, RYAN, JOHNSON & DELUCA, LLP
80 Fourth Street, P.O. Box 3057
Stamford, Connecticut 06905
(203) 357-9200

DEFENDANTS, CONSOLIDATED RAIL CORPORATION AMERICAN FINANCIAL GROUP, INC., f/k/a AMERICAN PREMIER UNDERWRITERS, INC., f/k/a PENN CENTRAL CORPORATION,

By_____
Lori A. McCarthy (ct19557)
FLYNN & ASSOCIATES, P.C.
189 State Street, 6th Floor
Boston, Massachusetts 02109
(617) 722-8253

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By_____
DEPUTY CLERK